UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Hawthorne Industrial Products, Inc.                    No.: 2:22-cv-02724-ILRL-JVM

v.

Hanwin Shipping Limited et al.

## RESTRICTED APPEARANCE OF HANWIN SHIPPING LIMITED

NOW INTO COURT, through undersigned counsel, comes defendant, Hanwin Shipping Limited ("Hanwin"), and makes this restricted appearance according to Supplemental Admiralty Rule E(8) for the purpose of defending against plaintiff's claims and Supplemental Rule B attachment or garnishment in this action.

Hanwin claims an interest in the property that has been (or will be) attached or garnished according to the Court's Order for issuance of a writ of maritime attachment and Garnishment (doc. 6 filed Aug. 19, 2022). Hanwin specially appears under Rule E(8) to request a prompt hearing at which plaintiff Hawthorne Industrial Products, Inc. will be required to show why the attachment or garnishment should not be vacated or other relief granted. Hanwin will contact the Court's case manager to schedule an expeditious hearing of any objections which might be raised by Hanwin or any garnishee.

*s/ David B. Sharpe*
David B. Sharpe, T.A. (LA Bar No. 20370)
dsharpe@lawla.com
Alan R. Davis (LA Bar No. 31694)
adavis@lawla.com
Adelaida Ferchmin (LA Bar No. 28959)
aferchmin@lawla.com
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775

New Orleans, LA  70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

and

Todd G. Crawford (LA Bar No. 21050)
tcrawford@lawla.com
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
801 Travis Street, Suite 1800
Houston, Texas  77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996

**Certificate of Service**

I hereby certify that this document was served upon all counsel of record this 24th day of August, 2022, via email and by operation of the Court's CM/ECF system.

*s/ David B. Sharpe*
David B. Sharpe