## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

Hawthorne Industrial Products, Inc.                              No.: 2:22-cv-02724-ILRL-JVM

v.

Hanwin Shipping Limited et al.

### NOTICE OF COLLATERAL PROCEEDINGS

Subject to its restricted appearance under Supplemental Admiralty Rule E(8), and according to LR 3.1 (collateral proceedings), defendant Hanwin Shipping Limited notifies the Court and all counsel that this action involves subject matter that comprises all or a material part of the subject matter or operative facts of another action pending in this Court: *Transatlantica Commodities Pte Ltd. v. Hanwin Shipping Limited*, No. 2:22-cv-02454-EEF-JVM. The Verified Complaint filed in this action (doc. 1) refers to the *Transatlantica* action in paragraphs 6 and 9, and the two actions involve the same cargo fire aboard the same vessel (the TAC IMOLA), and both actions involve attachments or garnishments under Supplemental Admiralty Rule B.

        *s/ David B. Sharpe*
        David B. Sharpe, T.A. (LA Bar No. 20370)
        dsharpe@lawla.com
        Alan R. Davis (LA Bar No. 31694)
        adavis@lawla.com
        Adelaida Ferchmin (LA Bar No. 28959)
        aferchmin@lawla.com
        LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
        601 Poydras Street, Suite 2775
        New Orleans, LA  70130
        Telephone: (504) 568-1990
        Facsimile: (504) 310-9195

        and

        Todd G. Crawford (LA Bar No. 21050)
        tcrawford@lawla.com
        LUGENBUHL, WHEATON, PECK,
        RANKIN & HUBBARD
        801 Travis Street, Suite 1800
        Houston, Texas  77002
        Telephone: (713) 222-1990
        Facsimile: (713) 222-1996

**Certificate of Service**

I hereby certify that this document was served upon all counsel of record this 24th day of August, 2022, via email and by operation of the Court's CM/ECF system.

        *s/ David B. Sharpe*
        David B. Sharpe