1148-20936 #1748020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS, INC.<br>　　　　Plaintiff<br><br>VERSUS<br><br>HANWIN SHIPPING LIMITED<br>also known as<br>HANWIN SHIPPING COMPANY LIMITED,<br>SHANGHAI HANYING INTERNATIONAL LOGISTICS CO., or<br>CITY EXPANSION LIMITED,<br>　　　　Defendants<br><br>AND<br><br>M/V INDIGO SPICA,<br>IMS MARITIME SA and<br>IMECS CO LTD<br>　　　　Garnishees | CIVIL ACTION NO.: 2:22-cv-02724<br><br>DISTRICT JUDGE:<br><br>HON. IVAN L.R. LEMELLE<br><br>MAGISTRATE JUDGE:<br><br>HON. JANIS VAN MEERVELD |

### AFFIDAVIT OF SERVICE

ON Tuesday, August 23, 2022 at 12:25 p.m. – HAWTHORNE INDUSTRIAL PRODUCTS, INC.'S VERIFIED COMPLAINT (REC. DOC. 1), INCLUDING EXHIBITS A AND B AND ATTORNEY'S DECLARATION, ORDER AUTHORIZING ISSUANCE OF PROCESS (REC. DOC. 6), WRIT OF FOREIGN ATTACHMENT AND GARNISHMENT (REC. DOC. 14), ORDER OF SERVICE (REC. DOC. 8), AND INTERROGATORIES TO GARNISHEES **CAME TO HAND.**

ON Wednesday, August 24, 2022 at 10:14 a.m., I, Timothy B. Couch, **PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** Revelle Shipping Agency, Inc. through Dale Revelle, 1312 C Lakewood Drive, Slidell, LA 70458

My name is Timothy B. Couch. My address is 1100 Poydras Street, Suite 2900, New Orleans, LA, 70163. I am a Process Server at Interstate Process Service, LLC, and I am a qualified person who was appointed by Aaron Greenbaum to effect this service of process. I am over 21 years of

age and of sound mind. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case, and I have no interest in its outcome. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Orleans Parish, Louisiana on Wednesday, August 24, 2022.

_____  8-24-22
**TIMOTHY B. COUCH**