UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Hawthorne Industrial Products, Inc.                     No.: 2:22-cv-02724

    v.                                                                       District Judge Fallon

Hanwin Shipping Limited et al.                          Mag. Judge van Meerveld

**MOTION FOR EMERGENCY HEARING
TO RELEASE WRITS OF MARITIME ATTACHMENT & GARNISHMENT,
OR IN THE ALTERNATIVE, TO SET SECURITY**

NOW INTO COURT, subject to its restricted appearance under Supplemental Admiralty Rule E(8) (docs. 12 and 18), comes defendant, Hanwin Shipping Limited.  For the reasons set forth in the accompanying memorandum, Hanwin moves for an emergency hearing pursuant to Supplemental Admiralty Rule E(4)(f), requiring plaintiff Hawthorne Industrial Products, Inc. to show why plaintiff's writs of foreign attachment against Revelle Shipping Agency (doc. 14), Coastal Cargo Company (doc. 15), and Blue Water Shipping Company (doc. 16) should not be vacated.  In the alternative, Hanwin moves the Court to set security pursuant to Supplemental Rule E(5)(a) in order to avoid any further disruption to the INDIGO SPICA and BELKNIGHT, whose cargo operations here in the Port of New Orleans have been suspended by virtue of this action.  In order to lift the attachments and allow the INDIGO SPICA and BELKNIGHT to conclude their cargo operations and timely depart the Port of New Orleans, Hanwin has offered to post security in the amount of Hanwin's bunkers aboard the INDIGO SPICA plus interest (total $179,644.18) as provided by Supplemental Rule E(5)(a).  But as of this writing, Hawthorne has not accepted that offer.

                                                  *s/ David B. Sharpe*
                                                  David B. Sharpe, T.A. (LA Bar No. 20370)
                                                  dsharpe@lawla.com
                                                  Alan R. Davis (LA Bar No. 31694)
                                                  adavis@lawla.com
                                                  Adelaida Ferchmin (LA Bar No. 28959)

aferchmin@lawla.com
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

and

Todd G. Crawford (LA Bar No. 21050)
tcrawford@lawla.com
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
801 Travis Street, Suite 1800
Houston, Texas  77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996

## Certificate of Service

I hereby certify that this document was served upon all counsel of record this 25th day of August, 2022, via email and by operation of the Court's CM/ECF system.

*s/ David B. Sharpe*
David B. Sharpe