| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS, INC.<br>            Plaintiff<br><br>VERSUS<br><br>HANWIN SHIPPING LIMITED<br>also known as<br>HANWIN SHIPPING COMPANY LIMITED,<br>SHANGHAI HANYING INTERNATIONAL LOGISTICS CO., or<br>CITY EXPANSION LIMITED,<br>            Defendants<br><br>AND<br><br>M/V INDIGO SPICA,<br>IMS MARITIME SA and<br>IMECS CO LTD<br>            Garnishees | CIVIL ACTION NO.: 2:22-cv-02724<br><br>DISTRICT JUDGE:<br><br>HON.   ELDON E. FALLON<br><br>MAGISTRATE JUDGE:<br><br>HON.   JANIS VAN MEERVELD |

## ORDER

Pursuant to Defendants' Motion for Emergency Hearing, R. Doc. 26;

**IT IS HEREBY ORDERED** that an emergency hearing **by telephone** is **SCHEDULED** for Friday, August 26, 2022, at 10:30 A.M. The parties are instructed to use the following dial-in information and to join the line at least five minutes before the scheduled time.

Dial-in: 877-336-1839

Access code: 4227405

New Orleans, Louisiana, this 25th day of August, 2022.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE