MINUTE ENTRY
FALLON, J.
AUGUST 26, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS, INC. | * * * | CIVIL ACTION NO. 22-2724 |
| VERSUS | * * | SECTION "L" (1) |
| HANWIN SHIPPING LIMITED ET AL. | | |

    A telephone status conference was held on this date from the chambers of Judge Eldon E. Fallon. Aaron Greenbaum and Robert O'Connor participated for Plaintiff. David Boies Sharpe and Brian P. Maloney participated for Defendants. Peter Sloss participated for third-party Movant Coasal Cargo Company, LLC. The parties discussed Hanwin's pending motion to release the writs of maritime attachment issued by the Court, R. Docs 9; 14; 15; and 16. Accordingly;

    **IT IS ORDERED** that Hanwin's motion, R. Doc. 26, is **GRANTED**. The writs of attachment, R. Docs. 9; 14; 15; and 16 are hereby **RELEASED**. Hanwin is **DIRECTED** to post security in the amount of $360,000 no later than August 29th, 2022.

    **IT IS FURTHER ORDERED** that Coastal Cargo's Motions for Emergency Relief and to expedite, R. Doc. 27 and 28, are **DENIED AS MOOT**.

    Nothing in this order should be construed to limit Hawthorne's right to make any claim for future writs of attachment should additional property of Hanwin's be found in the jurisdiction of this Court.

    Should the parties require a transcript of this conference they may contact Court Reporter Nichelle Wheeler at (504) 589-7775.

1

JS10 (00:35)