UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Transatlantica Commodities Pte Ltd., <br><br>　　　　Plaintiff <br><br>　　v. <br><br>Hanwin Shipping Limited, <br><br>　　　　Defendant, *in personam* <br><br>and <br><br>Coastal Cargo Company, L.L.C., <br>Blue Water Shipping Company, <br>Argo Fine Imports, LLC <br><br>　　　　Garnishees. | § § § § § § § § § § § § § § § § § § | Case No. 2:22-cv-02454-EEF-JVM <br><br>IN ADMIRALTY <br><br><br>Section "L" (1) |
| **HAWTHORNE INDUSTRIAL PRODUCTS, INC.** <br>　　　　**Plaintiff** <br><br>**VERSUS** <br><br>**HANWIN SHIPPING LIMITED** <br>also known as <br>**HANWIN SHIPPING COMPANY LIMITED,** <br>**SHANGHAI HANYING INTERNATIONAL LOGISTICS CO.,** or <br>**CITY EXPANSION LIMITED,** <br>　　　　**Defendants** <br><br>**AND** <br><br>**M/V INDIGO SPICA,** <br>**IMS MARITIME SA and** <br>**IMECS CO LTD** <br>　　　　**Garnishees** | | CIVIL ACTION NO.: 2:22-cv-02724 <br><br><br>Section "L" (1) |

# **ORDER**

It has come to the Court's attention that *Hawthorne Industrial Products, Inc. v. Hanwin Shipping Limited*, No. 22-2724, is related to *Transatlantica Commodities Pte Ltd. v. Hanwin Shipping Limited*, No. 22-2454. Accordingly,

**IT IS ORDERED** that the above matters are **HEREBY CONSOLIDATED**. Pursuant to the Court's directive, all pleadings hereinafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case (No. 22-2454) together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The Clerk is directed to establish a master file and a master docket sheet for the consolidated cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

New Orleans, Louisiana, this 25th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE