UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS, INC.<br>    Plaintiff<br><br>VERSUS<br><br>HANWIN SHIPPING LIMITED also known as HANWIN SHIPPING COMPANY LIMITED, SHANGHAI HANYING INTERNATIONAL LOGISTICS CO., or CITY EXPANSION LIMITED,<br>    Defendants<br><br>AND<br><br>M/V INDIGO SPICA, IMS MARITIME SA and IMECS CO LTD<br>    Garnishees | CIVIL ACTION NO.: 2:22-cv-02724<br><br>DISTRICT JUDGE:<br>HON. ELDON E. FALLON<br><br>MAGISTRATE JUDGE:<br>HON. JANIS VAN MEERVELD |

## ORDER

To discuss the pending request for entry of default, R. Doc. 37, and the sufficiency of service of process in this matter;

**IT IS ORDERED** that a telephone status conference in the above-captioned matter be **SET** for Friday, November 3, 2023 at 8:30 AM CST. Counsel are instructed to be on the line <u>five minutes before</u> the scheduled time and to use the following dial-in information:

Dial-In: (877) 336-1839    Access Code: 4227405

New Orleans, Louisiana, this 1st day of November, 2023.

                                                      **UNITED STATES DISTRICT JUDGE**