UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAWTHORNE INDUSTRIAL PRODUCTS, INC.**<br>　　　　　**Plaintiff**<br><br>**VERSUS**<br><br>**HANWIN SHIPPING LIMITED**<br>also known as<br>**HANWIN SHIPPING COMPANY LIMITED,**<br>**SHANGHAI HANYING INTERNATIONAL LOGISTICS CO.,** or<br>**CITY EXPANSION LIMITED,**<br>　　　　　**Defendants**<br><br>**AND**<br><br>**M/V INDIGO SPICA,**<br>**IMS MARITIME SA and**<br>**IMECS CO LTD**<br>　　　　　**Garnishees** | **CIVIL ACTION NO.: 2:22-cv-02724**<br><br>**DISTRICT JUDGE:**<br>**HON. ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE:**<br>**HON. JANIS VAN MEERVELD** |

### *EX PARTE* MOTION TO SUBSTITUTE EXHIBIT "A" TO PLAINTIFF'S RE-URGED MOTION FOR ENTRY OF DEFAULT

**NOW INTO COURT,** through undersigned counsel, comes Hawthorne Industrial Products, Inc. ("Hawthorne"), which moves this Honorable Court to substitute the proposed Exhibit "A," Affidavit of Aaron B. Greenbaum, attached hereto, in support of Hawthorne's Re-Urged Motion for Entry of Default (Rec. Doc. 37), filed on October 20, 2023, for the existing Exhibit "A," Declaration of Aaron B. Greenbaum (Rec. Doc. 37-2).

As set forth in the attached Memorandum in Support, the proposed Exhibit "A," Affidavit of Aaron B. Greenbaum, conforms to the requirements of Supplemental Rules for Admiralty or Maritime Claims & Asset Forfeiture Actions ("Rule B") and contains additional information and

documentation supporting Plaintiff's assertion that notice was provided to defendant Hanwin Shipping Limited, in accordance with Supplemental Rule B.

**WHEREFORE,** Hawthorne Industrial Products, Inc. respectfully prays that this Honorable Court grant this Motion to Substitute Exhibit "A," allowing the removal of Document 37-2 and the substitution of the attached Exhibit "A."

Respectfully submitted:

*/s/ Aaron B. Greenbaum*
Aaron B. Greenbaum T.A. (#31752)
Salvador J. Pusateri (#21036)
Shelia R. Tolar (#40076)
PUSATERI, JOHNSTON, GUILLOT &
GREENBAUM, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Aaron.Greenbaum@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Shelia.Tolar@pjgglaw.com

**AND**

*/s/ Robert E. O'Connor*
Robert E. O'Connor (NY #4899316)
MONTGOMERY, MCCRACKEN, WALKER &
RHOADS, LLP
437 Madison Avenue, 29th Floor
New York, NY 10022
Telephone: 212-551-7794
Facsimile: 212-599-1759
roconnor@mmwr.com
Admitted *Pro-Hac Vice*
**COUNSEL FOR PLAINTIFF, HAWTHORNE INDUSTRIAL PRODUCTS, INC.**