UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAWTHORNE INDUSTRIAL PRODUCTS, INC.**<br>           **Plaintiff**<br><br>**VERSUS**<br><br>**HANWIN SHIPPING LIMITED**<br>also known as<br>**HANWIN SHIPPING COMPANY LIMITED,**<br>**SHANGHAI HANYING INTERNATIONAL LOGISTICS CO.,** or<br>**CITY EXPANSION LIMITED,**<br>           **Defendants**<br><br>**AND**<br><br>**M/V INDIGO SPICA,**<br>**IMS MARITIME SA and**<br>**IMECS CO LTD**<br>           **Garnishees** | **CIVIL ACTION NO.: 2:22-cv-02724**<br><br>**DISTRICT JUDGE:**<br>**HON. ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE:**<br>**HON. JANIS VAN MEERVELD** |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S**
***EX PARTE* MOTION TO SUPPLEMENT EXHIBIT A**
**OF THE RE-URGED MOTION FOR ENTRY OF DEFAULT**

**NOW INTO COURT,** through undersigned counsel, comes Hawthorne Industrial Products, Inc. ("Hawthorne"), which files this Memorandum in Support of its Motion to Substitute Exhibit "A," and would respectfully show the Court as follows:

Supplemental Admiralty and Maritime Claims Rule B allows entry of default judgment only upon proof – which may be by affidavit – that:

> (a) the complaint, summons, and process of attachment or garnishment have been served on the defendant in a manner authorized by Rule 4;

    (b) the plaintiff or the garnishee has mailed to the defendant the complaint, summons, and process of attachment or garnishment, using any form of mail requiring a return receipt; or
    (c) the plaintiff or the garnishee has tried diligently to give notice of the action to the defendant but could not do so.

FRCP SUPP AMC Rule B.

However, the original Exhibit A attached to Hawthorne's Re-Urged Motion for Entry of Default (Rec. Doc. 37-2) is styled as a Declaration. Hawthorne's proposed Exhibit A corrects the form to that of an Affidavit, as required by Rule B. Further, as required by Rule B(b), the proposed Exhibit A contains the signature page confirming Federal Express delivery to Hanwin Shipping Limited's registered address in London, England.

  Hawthorne Industrial Products, Inc. respectfully requests that this Honorable Court grant its Motion to Substitute Exhibit "A," allowing the removal of Document 37-2 and the substitution of the attached Exhibit "A," which conforms to the requirements of Supplemental Admiralty and Maritime Claims Rule B.

              Respectfully submitted:

              ***/s/ Aaron B. Greenbaum***
              Aaron B. Greenbaum T.A. (#31752)
              Salvador J. Pusateri (#21036)
              Shelia R. Tolar (#40076)
              PUSATERI, JOHNSTON, GUILLOT &
              GREENBAUM, LLC
              1100 Poydras Street, Suite 2250
              New Orleans, LA 70163
              Telephone: 504-620-2500
              Facsimile: 504-620-2510
              Aaron.Greenbaum@pjgglaw.com
              Salvador.Pusateri@pjgglaw.com
              Shelia.Tolar@pjgglaw.com

              **AND**

              ***/s/ Robert E. O'Connor***
              Robert E. O'Connor (NY #4899316)

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
437 Madison Avenue, 29th Floor
New York, NY 10022
Telephone: 212-551-7794
Facsimile: 212-599-1759
roconnor@mmwr.com
Admitted *Pro-Hac Vice*
**COUNSEL FOR PLAINTIFF, HAWTHORNE INDUSTRIAL PRODUCTS, INC.**