UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAWTHORNE INDUSTRIAL PRODUCTS, INC.**<br>          Plaintiff<br><br>**VERSUS**<br><br>**HANWIN SHIPPING LIMITED**<br>also known as<br>**HANWIN SHIPPING COMPANY LIMITED,**<br>**SHANGHAI HANYING INTERNATIONAL LOGISTICS CO.,** or<br>**CITY EXPANSION LIMITED,**<br>          Defendants<br><br>**AND**<br><br>**M/V INDIGO SPICA, IMA MARITIME SA and IMECS CO LTD**<br>          Garnishee | CIVIL ACTION NO.: 2:22-cv-02724<br><br>DISTRICT JUDGE:<br>HON. ELDON E. FALLON<br><br>MAGISTRATE JUDGE:<br>HON. JANIS VAN MEERVELD |

## ORDER

**CONSIDERING THE FOREGOING** Hawthorn Industrial Products, Inc.'s Motion for Default Judgment against defendant, Hanwin Shipping Limited;

**IT IS HEREBY ORDERED** that Hawthorn Industrial Products, Inc.'s Motion for Default Judgment, in the amount of $455,578.01, be, and it is hereby, **GRANTED**;

**IT IS FURTHER HEREBY ORDERED** that this Order and Default Judgment are without prejudice to Hawthorn Industrial Products, Inc.'s claims as to any additional damages above $455,578.01 regarding the M/V INDIGO SPICA and M/V TAC IMOLA voyages described in the Verified Complaint.

New Orleans, Louisiana, this 12th day of December, 2023.

*[signature: Eldon E. Fallon]*

**JUDGE ELDON E. FALLON**