UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAWTHORNE INDUSTRIAL PRODUCTS, INC.**<br>          Plaintiff<br><br>VERSUS<br><br>**HANWIN SHIPPING LIMITED**<br>also known as<br>**HANWIN SHIPPING COMPANY LIMITED,**<br>**SHANGHAI HANYING INTERNATIONAL LOGISTICS CO.,** or<br>**CITY EXPANSION LIMITED,**<br>          Defendants<br><br>AND<br><br>**M/V INDIGO SPICA, IMA MARITIME SA and IMECS CO LTD**<br>          Garnishee | CIVIL ACTION NO.: 2:22-cv-02724<br><br>DISTRICT JUDGE:<br>HON. ELDON E. FALLON<br><br>MAGISTRATE JUDGE:<br>HON. EVA J. DOSSIER |

## ORDER TO SHOW CAUSE

On December 12, 2023, this Court granted default judgment to Plaintiff Hawthorne Industrial Products, Inc. and against Defendant Hanwin Shipping Limited. R. Doc. 45. Funds in the amount of $455,578.01 were disbursed to Plaintiff from the Court's registry on December 18, 2023. Since that date, Plaintiff has taken no action to prosecute its rights against any other defendant to this action, some of which have not yet been served. Accordingly;

**IT IS ORDERED** that Plaintiff **SHOW CAUSE**, in writing, no later than January 9, 2026, why the above-captioned action should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal of this action without further notice.

New Orleans, Louisiana, this 23rd day of December, 2025.

_____
JUDGE ELDON E. FALLON